**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03026-CMA-BNB

ALISHA LYNN VALDEZ,

    Plaintiff,

v.

STRYKER CORPORATION, a Michigan corporation, and
STRYKER SALES CORPORATION, a Michigan corporation,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation For Dismissal With Prejudice (Doc. # 26) signed by the attorneys for the parties hereto, it is

ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety, each party to pay her or its own attorneys' fees and costs.

DATED:  April __04__, 2012

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge